IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY FIENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 97-207-SLR |
| ) | |
| SKM PARTNERS LP and SAUNDERS, ) | |
| KARP & MEGRUE LP, ) | |
| ) | |
| Defendants. ) | |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiff's trial exhibits from the jury trial commencing December 2, 1998, to counsel or his representative at the law firm of Cozen O'Connor.

Receipt of the exhibits is acknowledged by:

_____ (FRANK JOYCE OF PARCELS, INK.)
For Sean Bellew, Esq.
(in place of Daniel Folt, Esq. who is no longer associated with said law firm)

Date:   May 13, 2005

Returned by: _____, Deputy Clerk